Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number

Evan D. Smiley
650 Town Center Drive
Suite 950
Costa Mesa, CA 92626-7021
(714) 966-1000 Fax: (714) 966-1002
California State Bar Number: 161812

*Attorney for Debtor*

FOR COURT USE ONLY

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Phoenix Kingdom II, LLC, a Delaware limited liabilty company

CASE NO.: 8:09-bk-16755-RK
ADV. NO.:
CHAPTER: 11

Debtor(s),
Plaintiff(s),
Defendant(s).

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, __Evan D. Smiley_____, the undersigned in the above-captioned case, hereby declare
   *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:

    ☐ I am the president or other officer or an authorized agent of the debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ■ I am the attorney for the debtor corporation

2.a. ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    See Addendum

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____    July 17, 2009
Signature of Attorney or Declarant                Date

Evan D. Smiley
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

| In re | CHAPTER 11 |
|---|---|
| Phoenix Kingdom II, LLC, a Delaware limited liabilty company  Debtor. | CASE NUMBER 8:09-bk-16755-RK |

## Addendum to Corporate Ownership Statement Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Phoenix Kingdom II Mezz 1, LLC
17595 Howard Avenue, Suite C
Irvine, CA 92614-8522

# WRITTEN CONSENT
## OF THE SOLE MEMBER, MANAGER, AND INDEPENDENT MANAGER OF PHOENIX KINGDOM II, LLC.
### A Delaware Limited Liability Company

THE UNDERSIGNED, constituting the sole Member (the "Member"), the Manager (the "Manager"), and the Independent Manager ("Independent Manager") of PHOENIX KINGDOM II, LLC., A Delaware Limited Liability Company ("Company"), do hereby adopt the following resolutions by written consent thereto ("Written Consent"), effective as of July 6, 2009 (the "Effective Date"), in lieu of a meeting, pursuant to the Delaware General Corporate Law and Section 11 of the Company's Agreement (the "Agreement").

THEREFORE IT IS RESOLVED, that it is in the best interests of this Company, its creditors, members, and other interested parties that this Company file a petition for relief under the provisions of chapter 11 of the Bankruptcy Code.

FURTHER RESOLVED, that a petition under said chapter 11 shall be filed as executed by Terry Knutson as President of this Company and the same hereby is approved and adopted in all respects, and Terry Knutson is hereby authorized and directed, on behalf of and in the name of this Company, to execute and verify such petition and to cause the same to be filed with the United States Bankruptcy Court, Central District of California, Santa Ana Division.

FURTHER RESOLVED, that Terry Knutson be, and hereby is authorized to execute and file all schedules, lists, and other papers, and to take any and all action which he shall deem necessary and proper, considering the advice of counsel, in connection with such proceedings under said chapter 11 and in that connection to retain and employ all assistance by legal counsel and other professionals which he may deem necessary and proper with a view to the successful termination of such proceedings.

FURTHER RESOLVED, that the firm of Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP, hereby is retained as bankruptcy counsel for this Company in connection with the commencement and maintenance of the aforementioned chapter 11 case, including all matters and proceedings arising in such chapter 11 case, pursuant to the terms and conditions set forth in all written agreements between the Company and Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP.

IN WITNESS WHEREOF, the undersigned Member, Manager, and Independent Manager have executed this Written Consent of the Member, the Manager, and the Independent Manager of the Company, effective as of the Effective Date.

"MEMBER"

PHOENIX KINGDOM II MEZZ1, LLC, A Delaware Limited Liability Company

BY: Phoenix Kingdom PHX Manager, LLC, A
    Delaware Limited Liability Company,
    Its Manager

    BY: Bethany Holdings Group, LLC, a
    Nevada Limited Liability Company,
    Its Managing Member

Dated: July 6, 2009

By: _____
GREGORY P. GARMON, Manager

"MANAGER"

PHOENIX KINGDOM PHX MANAGER, LLC,
a Delaware Limited Liability Company,

BY: Bethany Holdings Group, LLC, a
    Nevada Limited Liability Company,
    Its Managing Member

Dated: July 6, 2009

By: _____
GREGORY P. GARMON, Manager

"INDEPENDENT MANAGER"

Dated: July 6, 2009

By: _____
JOSEPH K. WINRICH

# United States Bankruptcy Court
## Central District of California, Santa Ana Division

In re  Phoenix Kingdom II, LLC, a Delaware limited liability company
                                Debtor

Case No. 8:09-bk-16755-RK

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Phoenix Kingdom II Mezz 1, LLC<br>17595 Howard Avenue, Suite C<br>Irvine, CA 92614-5522 | | 100% | Member Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  July 17, 2009                    Signature _____
                                                 Terry Knutson
                                                 President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

| Party Name, Address and Telephone Number (CA State Bar No. If Applicable) | FOR COURT USE ONLY |
|---|---|
| Evan D. Smiley, Esq.<br>650 Town Center Drive<br>Suite 950<br>Costa Mesa, CA 92626-7021<br>(714) 966-1000 Fax:(714) 966-1002<br>CA State Bar Number: 161812 | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION** | |
| In re:<br>Phoenix Kingdom II, LLC, a Delaware limited liabilty company | CHAPTER 11<br>CASE NUMBER 8:09-bk-16755 RK |
| Debtor. | (No Hearing Required) |

# VENUE DISCLOSURE FORM
# FOR CORPORATIONS FILING CHAPTER 11
*(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*): None.

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return: 1920 Main Street, Suite 770, Irvine, CA.

3. Disclose the current business address(es) for all corporate officers: Terry Knutson, President, 301 South Ham Lane, Suite A, Lodi, CA, 95242.

4. Disclose the current business address(es) where the Debtor's books and records are located: Irvine Valley Storage, 2960 Main Street, Irvine, CA, 91614.

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet: Scottsdale Springs Apartments located at 7791 E. Osborn Road, Scottsdale, AZ, 85251.

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es): Business address for former president Gregory Garmon was 1920 Main Street, Suite 770, Irvine, CA. Former business location has closed.

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*: Terry Knutson, President, 301 South Ham Lane, Suite A, Lodi, CA.

8. Total number of attached pages of supporting documentation: _0_


*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California. **VEN-C**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

| Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2 | | VEN-C |
|---|---|---|
| In re<br>Phoenix Kingdom II, LLC, a Delaware limited liability company<br>Debtor. | CHAPTER 11<br>CASE NUMBER | 8:09-bk-16755-RK |

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on ___July 18, 2009___, at Lodi, California.

Terry Knutson
*Type Name of Officer*

President
*Position or Title of Officer*

Signature of Declarant

Rev. 12/99 This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

VEN-C
Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California, Santa Ana Division

In re: Phoenix Kingdom II, LLC, a Delaware limited liablity company, Debtor

Case No. 8:09-bk-16755-RK

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 14,406,466.04 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 8 | | 161,425,837.22 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 27,650.93 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | 968,068.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 154 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 202 | | | |
| Total Assets | | | 14,406,466.04 | | |
| Total Liabilities | | | | 162,421,556.83 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California, Santa Ana Division

In re  Phoenix Kingdom II, LLC, a Delaware limited liabilty company  
_____,  
Debtor

Case No. __8:09-bk-16755-RK__

Chapter __11__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re  **Phoenix Kingdom II, LLC, a Delaware limited liability company**          , Case No. __8:09-bk-16755-RK__
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **The Cove at Newport Apartments located at 5205 West Thunderbird Road, Glendale, Arizona, 85306; Granite Bay Apartments located at 14230 North 19th Avenue, Phoenix, Arizona, 85023;Madera Court Apartments located at 8135 North 35th Avenue, Phoenix, Arizona, 85051;Scottsdale Springs Apartments located at 7791 East Osborn Road, Scottsdale, Arizona, 85251; Valencia Park Apartments located at 5104 East Van Buren Street, Phoenix, Arizona, 85008** | Fee simple | - | Unknown | 161,065,786.04 |

|  |  |
|---|---|
| Sub-Total > | 0.00  (Total of this page) |
| Total > | 0.00 |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)